# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00665-CV

**Tony Van Cobble, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 06-413-FC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tony Van Cobble filed a notice of appeal in October 2011. Cobble stated that he was appealing an order of contempt for failing to appear in court. On November 15, 2011, the Clerk of this Court requested a response from Cobble by November 28, 2011. The Clerk advised Cobble that he must inform this Court of the basis on which jurisdiction exists or that this Court would dismiss this cause for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *Vernon v. Vernon*, 225 S.W.3d 179, 180 (Tex. App.—El Paso 2005, no pet.) (courts of appeals lack jurisdiction to review contempt orders on direct appeal). Cobble has not filed a response. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   January 19, 2012